FORM TO BE USED BY FEDERAL PRISONER IN FILING A PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF *Boston Mass.*

*Joseph Marion Hurd Junior*
*17549-056 — N-4 — Cell 423*
Petitioner
*Fed. Med. Center Devens*
*Post Office Box 879*
*Ayers, Mass. 01432*

04-40084

(Full name under which you were convicted; prison number; and full mailing address.)

Vs. *United States of America*
*and David L. Winn (Warden)*
Respondent
*Fed. Med. Center Devens*
*Post Office Box 880*
*Ayers, Mass. 01432*

CIVIL ACTION NO. _____

(Name of Warden or other authorized person having custody of petitioner.)

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (Check appropriate blank.)

   ☐ a conviction

   ☐ a sentence (CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.)

   ☐ jail or prison conditions

   ☐ prison discipline

   ☐ a parole problem
   ☑ other.   State briefly:

*Illegal Phy. Committment and Illegal Forced Medican Hearing etc relating thereto.*

[Left margin handwritten note:] *Petition. Petitioner is unable to do so, due to this illegal actions. Petitioner will have to make and secure all required copies of this petition and deliver all required copies of this petition to the Court Clerk.*

2. Place of detention: *Federal Medical Center Devens Post Office Box 879 - Ayers, Mass. 01432*

3. Have you filed previous petitions for habeas corpus, motions under 28:2255, or any other applications, petitions or motions with respect to this conviction?

   [✓] Yes    [ ] No

   If your answer above is "Yes," give the following information:

   a. Name of Court: *See Ct. Rec. of Each Fed. Ct.*
   b. Nature of Proceeding: *See Ct. Rec. of Ea. Fed. Ct.*
   c. Grounds raised:

   *See - Ct. Rec. of Ea. Fed. Ct.*

   d. Result: *See - Ct. Rec. of Ea. Fed. Ct.*
   e. Date of Result: *See - Ct. Rec. of Ea. Fed. Ct.*
   f. Citation or number of any written opinion or order entered pursuant to each such disposition:

   *See - Ct. Rec. of Ea. Fed. Ct.*

4. If you did not file a motion under Section 2255 of Title 28, U.S.C., or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

5. Are you presently represented by counsel?   [ ] Yes   [✓] No

   If so, name, address and phone number of counsel: _____

6. Name and location of court which imposed sentence:

   *See, Ea. Fed. Ct., Ct. Rec.*

7. Indictment or case number, if known: *See, Ea. Fed. Ct., Ct. Rec.*

8. Offense or offenses for which sentence was imposed:

   *See, Ea. Fed. Ct., Ct. Rec.*

9. Date upon which sentence was imposed and the terms of the sentence:

   *See - Ea - Fed. Ct., Ct. Rec.*

10. When was a finding of guilty made? (Check one.)

    [ ] After a plea of guilty

    [✓] After a plea of not guilty

    [ ] After a plea of nolo contendere

11. If you were found guilty after a plea of not guilty, was that finding made by:

    [✓] A jury

    [ ] A judge without a jury

12. Did you appeal from the judgment of conviction or the imposition of sentence?

    [✓] Yes    [ ] No

13. If you did appeal, give the following information for each appeal:

    a. Name of Court: *U.S. Ct. App. 4th. Cir.*

    b. Result: *Dismissed in part, Affirmed in Part*

    c. Date of Result: *August 12th, 2002*

    d. Citation or number of opinion: *01-4670*

    e. Grounds raised: (List each one.)

       *See, Ct. Records*

_____

_____

Note: If you appealed more than once, attach an additional sheet of the same size and give all the information requested above in question No. 13, a through e. Do not write on the reverse of pages.

14. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page behind this page. _See all State and Fed. Ct. Rec. As To Ea. Case of the Petitioner, Past, Present, etc. as applies._

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: _Ea. Prior, Asserted As To Each State and Fed. Case To include institutional, med. and phy._

Supporting FACTS: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts, not conclusions, in support of your grounds. A rule of thumb to follow is – who did exactly what to violate your rights at what time or place.)

_See, Read, Etc. Each Record, Etc. relating to each case of petitioner, state and federal cases and see, all, medical, phy. records relating to petitioner and all institutional records and all records, persons, places, things relating to all the aforesaid, prior, present, etc., to include all civil complaints and all tort complaints and all Domestic matters, etc._

b. Ground two: _The reasons of the jurors for their verdicts of guilty is contrary to law, evidence, trial testimony_

Supporting FACTS:

_See, Each Court Record and the transcript of trial of each state and federal conviction_

c. Ground three: _The reasons for the opinion, judgment, order of the Court of Appeals is violative of 18 U.S.C. 1201 and petitioner's rights and priviledges and Human Rights._

4

Supporting FACTS:

See, read, etc. each state and federal court record relating to petitioner and each institutional and prison record and each medical and phy. record and all persons, places and things relating to all the aforesaid

15. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order the Maximum Crim., Civ., Tort, Demistic relief and release and compensation, authorized, required, entitled, demanded, by the laws and constitutions and Human Rights, of The United States and the States thereof and Petitioners rights thereby and relating thereto.

Signed this **14th** day of **May**, 20**04**.

*Joseph Marion Head Junior*
Signature of Petitioner

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on **5-14-04**
(Date)

*Joseph Marion Head Junior*
Signature of Petitioner

That as to the indigence and wealth of Petitioner, See all prison and court Records, For the Past 35 years Relating To Petitioner

Appoint Counsel Hereto

*Joseph Marion Head Junior*
5-14-04