United States District Court
District of Massachusetts
Case Number C.A. No. 04-40084-RGS

FILED
CLERKS OFFICE
2004 JUN -8 P 12: 15
U.S. DISTRICT COURT
DISTRICT OF MASS

Joseph Marion Head
Petitioner

vs

David L. Winn
Respondent

Motion For A Rehearing
And For Leave To Proceed
In Forma Pauperis
Based On The Court Record
And Receipt Herewith

Now comes Joseph Marion Head Junior 17549-056 who is the petitioner in the above entitled case and movant herein.

Movant states and shows the court that he is indigent and without funds to pay the $5.00 filing fee demanded by the court.

That movant did not know that the court would demand him to pay the $5.00 filing fee before he spent his money for the items listed in the receipt herewith, which also states his present balance of money in his prison trust fund.

That if the court denies this motion, movant thereby appeals to the court of legal jurisdiction therefrom and moves the court to appoint counsel for said appeal and all matters, etc relating to all the aforesaid.
Signed, Joseph Marion Head Junior June 4th, 2004