```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

JOSEPH MARION HEAD,            )
          Petitioner,          )
                               )
     v.                        )  C.A. No. 04-40084-RGS
                               )
DAVID L. WINN,                 )
          Respondent.          )
```

## MEMORANDUM AND ORDER

By Order dated September 17, 2004, the court instructed the Clerk to docket no further filings submitted by Joseph Marion Head without the prior approval of the court.  See 9/17/04 Order, Docket No. 5.

For the reasons set forth below, the Clerk is directed to return to petitioner the documents that were received for filing after the issuance of the court's September 17th Order.

## DISCUSSION

Petitioner Joseph Marion Head is a federal prisoner[1] now confined to FMC Devens in Ayer, Massachusetts.  Despite the issuance of an injunction on September 17th, Mr. Head has continued to submit documents for filing.  Most recently, the Court has received documents for filing on November 12th, November 15th, and November 16th.  Upon review of these

---

[1] Petitioner is now serving a 360-month sentence that was imposed pursuant to his convictions on nine counts of mailing threatening communications in violation of 18 U.S.C. § 876. See United States v. Head, No. 98-cr-102-ALL (W.D. N.C. Sept. 12, 2001).

submissions, the court finds the documents to be duplicative of the claims raised in Civil Action Nos. 04-40042-RGS and 04-40084-RGS. Moreover, petitioner seeks copies of transcripts and documents to which he is not entitled to free copies. Because I find these documents to be duplicative and malicious under the authority of 28 U.S.C. § 1915A,[2] the court will direct the clerk to return these documents to petitioner Joseph Marion Head.

<u>ORDER</u>

Based upon the foregoing, it is hereby

ORDERED that in accordance with this Court's order dated September 17, 2004, the clerk shall return to Joseph Marion Head the documents submitted for filing On November 12th, 15th and 16th.

SO ORDERED.

Dated at Boston, Massachusetts, this <u> 23rd</u> day of <u>November</u>, 2004.

                                           /s/ Richard G. Stearns

---

[2] 28 U.S.C. § 1915A provides in pertinent part:
(a) Screening.--The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a government entity.
(b) Grounds for Dismissal.--On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint--
(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or
(2) seeks monetary relief from a defendant who is immune from such relief.

```
                              RICHARD G. STEARNS
                              UNITED STATES DISTRICT JUDGE
```