United States District Court
For The District of Massachusetts
Boston Division
1 Courthouse Way – Suite 2300
Boston   Massachusetts   02210

Reference To The Case of
Head v Winn 4:04-CV-40084
Order Dated 8 December 2004
Richard G. Stearns, U.S.D.Ct. Judge
Etc. Orders And Etc. Filed Relating To
This Case, As To Same See Records of The
Court Above, Etc As Legally Relates Hereto.
   Objections To Each Order Entered In and
Relating To The Aforsaid Case Is Hereby Made.
   Notice Of Appeal In Forma Pauperis
From The Orders Entered In The Above Cause
To The First Circuit Court of Appeals Is Hereby
Made And Presented To The Court.

Reference To Case of
Head v Unknown Parties et al
Case Number 4:04-CV-40090
Order's Entered As Related of Court
Records By R.G. Stearns, (U.S.D.Ct. Judge)
All other Orders of The Court Relating To
This Case.
   Objection To Each Order Entered In and Relating
To The Above Enttled Cause And Case Is Hereby Made.
   Notice Of Appeal In Forma Pauperis
From The Orders Aforsaid, To The First Circuit

Miscellaneous Business Docket Judge
For The United States District Court of Massachusetts
Boston Division

Reference To The Below Causes
Motion To Allow Notice of Appeal In Forma Pauperis
To Be Filed And Processed In Forma
Pauperis. Futher The Motions Therein Said Notice
And Relating Thereto. See Records Herewith.
I state that I beleive I will receive relief and
release on this appeal if same is correctly adjudged.
Signed, Joseph Marion Head Junior, 17549-056
Dec. 23rd, 2004
Consider and apply the aforsaid as if properly
and legally Notorized.
Signed, Joseph Marion Head Junior aforsaid
Dec. 23rd, 2004
Same date Sent to court by mail is
Dec. 24th, 2004 as date put in mail
box at F.M.C. Devens.

2

court of appeals is hereby entered and made.

Reference To The Case
Head v America 4:04-40103
Objections Is Hereby Made As To Each Order Entered Relating To This Case Prior. And Notice of Appeal In Forma Pauperis is hereby entered as to each said orders aforesaid prior entered relating to the above entitled case. And Given To The First Circuit Court of Appeals, As To Said Orders Aforesaid, See Records Of The Court.

Reference To The Case
Head v United States of America et al
Case Number: 4:04-cv-40089
Objections Is Hereby Entered As To Each Prior Order Entered In and Relating To The aforesaid cause and cases And Etc. Relating Thereto. Notice of Appeal In Forma Pauperis From Each Order Of The courts Aforesaid, Is Hereby Given To The First Circuit Court of Appeals, That as To Said Orders aforesaid, See The court Records.

Appellant States That As Issues On Each Of The Aforesaid Appeals Of Each case aforesaid Herein Is as Stated and Related and Indicated Herein By Appellant Himself, Probe.

Issues On Appeal
As To Each Case Herein
(1)

3

Each, claim, ground, etc, presented to the District courts, as if each of same was stated herein in proper form and order of each of same.

(2)

Violative of Appellants constitutional Rights and or Priviledges, The District court judges entered their judgments and orders as relates of court records, denying to plaintiff-Appellant relief and release, authorized, Required, or Entitled by laws, constitutions etc. and human rights of americans.

That As To A Informal Brief To Be Filed On The Appeal Appellant Moves For Appointment of counsel For That Purpose And To Fully Effectively Represent Appellant On This Appeal.
   See 18 U.S.C. 3006A, Amend. 5, 14, 1, ETC.

Relief Demanded On Appeal Pro Se By Appellant

The Maximum, Criminal, civil, tort and domestic relief and S.S. and V.A. Benefits, authorized by laws, constitutions, etc..

Signed, Joseph Marion Head Junior Reg. No. 17549-056
         December 23rd, 2004.

 

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

December 14, 2004

Mr. Joseph M. Head, Jr.
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA  01432

Dear Mr. Head:

The Clerk received your correspondence seeking information on the three notices of appeal you recently filed.

The Court's records indicate that by Order dated November 30, 2004, Judge Stearns ordered the clerk to enter the Notices of Appeal in the following actions: (1) <u>Head v. United States, et al.</u>, C.A. No. 04-40089-RGS; (2) <u>Head v. Unknown Parties, et al.</u>, C.A. No. 04-40090-RGS; and (3) <u>Head v. America, et al.</u>, C.A. No. 04-40103-RGS.

Enclosed please find courtesy copies of the docket sheets for these three cases and note that the docket for each case indicates the case is on appeal. After the district court transmits the files to the Court of Appeals for the First Circuit, you will be notified of the appeals court case numbers.

Finally, I am enclosing a copy of the December 8th Memorandum and Order issued by Judge Stearns in <u>Head v. Winn,</u> C.A. No. 04-40084-RGS.  This order requires you to obtain approval of the Miscellaneous Business Docket Judge before filing any documents with this Court.  In the future, if you wish to file any documents in the District of Massachusetts, the Memorandum and Order requires you to file a written petition accompanied by a copy of the December 8th Memorandum and Order together with the papers sought to be filed and a certification under oath that there is a good faith basis for their filing.

I hope that this letter addresses your concerns,

Barbara Morse
Pro Se Office

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH MARION HEAD,              )
            Petitioner,          )
                                 )
      v.                         )  C.A. No. 04-40084-RGS
                                 )
DAVID L. WINN,                   )
            Respondent.          )

MEMORANDUM AND ORDER

By Order dated September 17, 2004, the court instructed the Clerk to docket no further filings submitted by Joseph Marion Head without the prior approval of the court. See 9/17/04 Order, Docket No. 5.

For the reasons set forth below, the Clerk is directed to return to petitioner the documents that were received for filing after the issuance of the court's September 17th Order.

DISCUSSION

Petitioner Joseph Marion Head is a federal prisoner[1] now confined to FMC Devens in Ayer, Massachusetts. Despite the issuance of an injunction on September 17th, Mr. Head has continued to submit documents for filing. Upon review of these submissions, the court finds the documents, save one

---

[1] Petitioner is now serving a 360-month sentence that was imposed pursuant to his convictions on nine counts of mailing threatening communications in violation of 18 U.S.C. § 876. See United States v. Head, No. 98-cr-102-ALL (W.D. N.C. Sept. 12, 2001).

pleading concerning the denial of a petition for writ of certiorari by the Supreme Court of the United States, to be duplicative of the claims raised in Civil Action Nos. 04-40042-RGS and 04-40084-RGS. Because I find these documents to be duplicative and malicious under the authority of 28 U.S.C. § 1915A,[2] the court will direct the clerk to return these documents to Joseph Marion Head.

## ORDER

Based upon the foregoing, it is hereby

ORDERED that in accordance with this Court's order dated September 17, 2004, the clerk shall return to Joseph Marion Head the documents submitted for filing since September 17, 2004; and it is further

ORDERED that petitioner Joseph Marion Head be precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the prior written approval of the Miscellaneous Business Docket Judge of the United States

---

[2] 28 U.S.C. § 1915A provides in pertinent part:
(a) Screening.--The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a government entity.
(b) Grounds for Dismissal.--On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint--
(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or
(2) seeks monetary relief from a defendant who is immune from such relief.

2

District Court for the District of Massachusetts; and it is further

ORDERED that if petitioner Joseph Marion Head undertakes to file any additional papers in this Court, he shall file a written petition seeking leave of court to do so. The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing. The Clerk of Court shall accept the documents, mark them received, and forward them to the Miscellaneous Business Docket Judge for action on the petition; and it is further

ORDERED that petitioner Joseph Marion Head is advised that failure to comply with these requirements may result in the imposition of additional sanctions, including monetary fines.

SO ORDERED.

Dated at Boston, Massachusetts, this 8th day of December, 2004.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

3