AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Boston, Ma.   District of   Massachusetts

Joseph Marion Head Junior
vs
Winn, Unknown Parties, and
America and United States of
America

Plaintiff

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

See Notice of Appeal
CASE NUMBER: Herewith

I, Joseph Marion Head Junior, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☑ other  Appellant

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. Notice of Appeal

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  F.M.C. Devens

   Are you employed at the institution? YES   Do you receive any payment from the   YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☑ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. F.M.C. Devens - Ed. Dept., P.O. Box 880 about $20.00 Per Mo. Ayer, Ma., 01432

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends             ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments     ☐ Yes   ☑ No
   e. Gifts or inheritances                            ☑ Yes   ☐ No
   f. Any other sources                                ☑ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 17549056 | Current Institution: | Devens FMC |
| Inmate Name: | HEAD, JOSEPH | Housing Unit: | N SOMP |
| Report Date: | 12/21/2004 | Living Quarters: | N02-219U |
| Report Time: | 10:35:50 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 12/17/2004 5:29:19 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

FRP Plan Information

FRP Plan Type     Expected Amount    Expected Rate

## Account Balances

| | |
|---|---|
| Account Balance: | $50.70 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

Outstanding Negotiable Instruments: $0.00
Administrative Hold Balance: $0.00
Available Balance: $50.70
National 6 Months Deposits: $252.84
National 6 Months Withdrawals: $202.22
National 6 Months Avg Daily Balance: $5.86
Local Max. Balance - Prev. 30 Days: $50.70
Average Balance - Prev. 30 Days: $10.16

## Commissary History

**Purchases**

Validation Period Purchases: $71.75
YTD Purchases: $133.35
Last Sales Date: 12/7/2004 12:28:26 PM

**SPO Information**

SPO's this Month: 0
SPO $ this Quarter: $0.00

**Spending Limit Info**

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $340.00
Expended Spending Limit: $34.75
Remaining Spending Limit: $305.25

## Commissary Restrictions

**Spending Limit Restrictions**

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, _Joseph Marion Head junior_, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $_20.00 About_ [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this _23_ day of _Dec._, 2_004_.

Name: _Joseph Marion Head junior_
Number: _17549-056_
F.M.C. Devens, Unit: _N-2 Cell 216_
P.O. Box 879
Ayer, MA  01432

---

1. Please see copy of account for previous six (6) months.