## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40084

Joseph Marion Head, Jr.,

v.

David L. Winn

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 3, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8-4-05 .

/s/ Susan Pedram
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:04-cv-40084-RGS

Head v. Winn  
Assigned to: Judge Richard G. Stearns  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 05/20/2004  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Joseph Marion Head, Jr.**    represented by   **Joseph Marion Head, Jr.**
17549-056-N-4
Federal Medical Center
Devens
PO Box 879
Ayer, MA 01432
PRO SE

V.

**Respondent**

**Warden David L. Winn**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2004 | 1 | PETITION for Writ of Habeas Corpus $ 0.00, receipt number na, No fee enclosed, filed by Joseph Marion Head.(Hassett, Kathy) (Entered: 05/20/2004) |
| 05/26/2004 | 2 | MOTION for Leave to Proceed in forma pauperis by Joseph Marion Head.(Jones, Sherry) (Entered: 05/26/2004) |

| | | |
|---|---|---|
| 06/01/2004 | 3 | Judge Richard G. Stearns : MEMORANDUM AND ORDER entered denying 2 Motion for Leave to Proceed in forma pauperis. It is further ordered that the petitioner's habeas petition is summarily dismissed and that the petitioner is directed to demonstrate good cause, in writing, within forty-two (42) days from the date of this Memorandum and Order, why he should not be enjoined from filing new actions absent leave of Court. Copy of Memorandum and Order mailed to petitioner. (Morse, Barbara) (Entered: 06/02/2004) |
| 06/02/2004 |  | Set Deadlines/Hearings: Petitioner is directed to demonstrate good cause, in writing, why he should not be enjoined from filing new actions absent leave of Court. Response due by 7/13/2004. (Morse, Barbara) (Entered: 06/02/2004) |
| 06/08/2004 | 4 | MOTION rehearing and for leave to proceed in forma pauperis based on the Court record and receipt herewith by Joseph Marion Head Jr..(Flaherty, Elaine) (Entered: 07/21/2004) |
| 09/17/2004 | 5 | Judge Richard G. Stearns : ORDER DISMISSING CASE and Injunction, ENTERED(Flaherty, Elaine) (Entered: 09/17/2004) |
| 11/23/2004 | 6 | Judge Richard G. Stearns : ORDER entered MEMORANDUM AND ORDER that in accordance with this Court's order dated September 17, 2004, the clerk shall return to Joseph Marion Head the documents submitted for filing On November 12th, 15th and 16th.(Morse, Barbara) (Entered: 11/24/2004) |
| 11/30/2004 | 7 | Judge Richard G. Stearns : MEMORANDUM AND ORDER entered that in accordance with this Court's order dated September 17, 2004, the clerk shall return to Joseph Marion Head the documents submitted for filing On November 17th and 22th. IT IS FURTHER ORDERED that the clerk shall enter the Notice of Appeal and accompanying Application to Proceed |

| | | |
|---|---|---|
| | | Without Prepayment of Fees on the dockets for Civil Action Numbers 04-40089-RGS; 04-40090-RGS; and 04-40103-RGS. IT IS FURTHER ORDERED, the Application to Proceed Without Prepayment of Fees is DENIED for failure to submit a certified prison account statement. IT IS FURTHER ORDERED, the clerk shall enter a copy of this Memorandum and Order on the dockets for Civil Action Numbers 04-40089-RGS; 04-40090-RGS; 04-40103-RGS; 04-10522-RGS; 04-11120-RGS; 04-40042-RGS; and 04-40084-RGS.(Morse, Barbara) (Entered: 12/02/2004) |
| 12/08/2004 |  8 | Judge Richard G. Stearns : MEMORANDUM AND ORDER entered that in accordance with this Court's order dated September 17, 2004, the clerk shall return to Joseph Marion Head the documents submitted for filing since September 17, 2004. IT IS FURTHER ORDERED that petitioner Joseph Marion Head be precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in the United States District Court for the District of Massachusetts, in any manner, way or form, without first obtaining the prior written approval of the Miscellaneous Business Docket Judge of the United States District Court for the District of Massachusetts. IT IS FURTHER ORDERED that if petitioner Joseph Marion Head undertakes to file any additional papers in this Court, he shall file a written petition seeking leave of court to do so. The petition must contain a copy of this Memorandum and Order, together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing. The Clerk of Court shall accept the documents, mark them received, and forward them to the Miscellaneous Business Docket Judge for action on the petition. IT IS FURTHER ORDERED that petitioner Joseph Marion Head is advised that failure to comply with these |

| | | |
|---|---|---|
| | | requirements may result in the imposition of additional sanctions, including monetary fines. (Morse, Barbara) (Entered: 12/09/2004) |
| 07/21/2005 | 9 | NOTICE OF APPEAL as to 8 Memorandum & ORDER,,,,, by Joseph Marion Head, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/10/2005. (Attachments: # 1)(Flaherty, Elaine) Additional attachment(s) added on 7/28/2005 (Flaherty, Elaine). (Entered: 07/26/2005) |
| 07/29/2005 | 11 | Judge Richard G. Stearns : ORDER entered granting 10 Motion for Leave to Proceed in forma pauperis. The clerk is directed to docket petitioner's application to proceed without prepayment of fees and accompanying prison account statement. (PSSA4, ) (Entered: 08/01/2005) |
| 08/01/2005 | 10 | MOTION for Leave to Proceed in forma pauperis by Joseph Marion Head, Jr. entered on the docket pursuant to this Court's Order dated July 29, 2005. (PSSA4, ) (Entered: 08/01/2005) |