# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2164

JOSEPH MARION HEAD

Petitioner - Appellant

v.

DAVID L. WINN, Warden, Federal Medical Center, Devens

Respondent - Appellee

---

**JUDGMENT**
**Entered: December 15, 2005**

By notice issued October 13, 2005, November 2, 2005 and November 23, 2005, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by December 7, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

... issued as Mandate
... Fed. R. App. P. 41.

...ard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/14/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:_____
Chief Deputy Clerk

[cc: Joseph Marion Head and Michael J. Sullivan, Esq.]